ORDERED SEALED BY COURT

FILED
07 NOV -9 AM 11:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '07 MJ 2634

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MILTON ALBERTO ARELLANO AYALA (D1),<br>LUIS NORBERTO AMEZCUA CAMACHO (D2)<br>Defendants. | Magistrate Case No. ___________<br>ORDER SEALING COMPLAINT AND ARREST WARRANTS |

Good cause appearing, the complaint and arrest warrants subscribed and filed today in the above-captioned case are hereby sealed until further order of this Court.

IT IS SO ORDERED.

DATED: November 9, 2007.

[signature]

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE