# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Unsealed 11-13-07

ORDERED SEALED BY COURT

UNITED STATES OF AMERICA,

V.

**Milton Alberto ARELLANO Ayala**

'07 MJ 2634

Magistrate's Case No:

**WARRANT FOR ARREST**

WARRANT ISSUED ON THE BASIS OF:

__ Failure to Appear
__ Indictment
X Complaint
__ Order of Court
__ Information

TO:

Any U.S. MARSHAL or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Milton Alberto ARELLANO Ayala
2421 A Street Apt. #2, National City, CA 91950

DISTRICT OF ARREST:
Southern District of California

CITY OF ARREST:
National City, California

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer the charge(s) listed below.

**DESCRIPTION OF CHARGES**

1) 8 U.S.C., Section 1324(a)(2)(B)(iii)-Bringing in Aliens(s) Without Presentation (FELONY)

| IN VIOLATION OF | UNITED STATES CODE TITLE: 8 | SECTION: 1324 |
|---|---|---|
| BAIL: | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY: | | DATE ORDERED: |
| ~~CLERK OF COURT~~/U.S.MAGISTRATE CATHY ANN BENCIVENGO | BY: [signature] | DATE ISSUED: 11/9/07 |

**RETURN**

**THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.**

| DATE RECEIVED: 11-9-2007 | NAME AND TITLE OF ARRESTING OFFICER: EDWARD CHAVOYA CBP Enforcement Officer | SIGNATURE: Ed Chavoya |
|---|---|---|
| DATE EXECUTED: 11-9-2007 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at time this warrant is executed.