KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. Pending
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MILTON ALBERTO ARELLANO AYALA,<br>LUIS NORBERTO AMEZCUA CAMACHO,<br>Defendant(s). | Criminal Case No. 07MJ2634-NLS<br><br>MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the above-captioned complaint against the above-named defendants in the interest of justice. Of note, the above-named defendants were, subsequent to the date of the filing of this complaint, indicted in criminal case number 07CR1601-JM for conduct arising out of the same criminal episode.

DATED: November 16, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney