# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

\# 1414325

FILED 07 DEC -5 AM 11: CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

unsealed 11/13/07

ORDERED SEALED BY COURT

UNITED STATES OF AMERICA,

v.

Luis Norberto AMEZCUA Camacho

Magistrate Case No: 07 MJ 2634

WARRANT ISSUED ON THE BASIS OF:

__ Failure to Appear
__ Indictment
X Complaint
__ Order of Court
__ Information

## WARRANT FOR ARREST

TO:

Any U.S. MARSHAL or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

Luis Norberto AMEZCUA Camacho
2720 North Bristol Apt. # I-1, Santa Ana, CA 92103

DATE 11/16/07
ARRESTED BY CBP Edward Chavez
STEVEN C. STAFFORD
ACTING U.S. MARSHAL SD/CA
BY [signature]

DISTRICT OF ARREST:
Southern District of California

CITY OF ARREST:
Santa Ana, California

RECEIVED 2007 NOV -9 A 4: 16 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer the charge(s) listed below.

### DESCRIPTION OF CHARGES

1) 8 U.S.C., Section 1324(a)(2)(B)(iii)-Bringing in Aliens(s) Without Presentation (FELONY)

| | | |
|---|---|---|
| IN VIOLATION OF | UNITED STATES CODE TITLE: 8 | SECTION: 1324 |
| BAIL: | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY: | | DATE ORDERED: |
| ~~CLERK OF COURT~~/U.S.MAGISTRATE CATHY ANN BENCIVENGO | BY: [signature] | DATE ISSUED: 11/9/07 |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| | | |
|---|---|---|
| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE: |
| DATE EXECUTED: | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at time this warrant is executed.

0303

CLASS II 'J'    CBP    37CP